IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BINYAM MOHAMED AL HABASHI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-765 (EGS) |
| ROBERT M. GATES, | ) ) ) | |
| Respondent. | ) ) | |

### NOTICE OF WITHDRAWAL OF ASSERTIONS IN FACTUAL RETURN

Respondents hereby provide notice that they will no longer rely upon the assertions contained in paragraphs 56 - 78 of the Narrative portion of the August 29, 2008 Amended Factual Return in demonstrating the lawful, ongoing detention of petitioner. Respondents likewise will no longer rely on such assertions contained in the exhibits supporting those sentences of the Narrative in the Amended Factual Return.

Dated: October 6, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
PAUL AHERN
Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-4107